SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

VIGILANT INSURANCE COMPANY,

                Plaintiff,

- v -

HRH CONSTRUCTION LLC; DUALSTAR
TECHNOLOGIES CORPORATION; HIGH-RISE
ELECTRIC, INC.; BRAD SINGER, personally and
Individually; GARY SINGER, personally and
Individually; HRH MANAGEMENT LLC;
HRH CLASS A COMMON LLC; and
HRH SERIES A LLC,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

602262/07

Third Party
Index No. 590566/2009

**NOTICE OF FILING
OF NOTICE OF
REMOVAL**

**PLEASE TAKE NOTICE**, that on July 23, 2010, HRH Construction LLC, a defendant in the above-captioned third party action, filed a Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Southern District of New York, and that pursuant to Fed.R.Bankr.P. 9027(c), there shall be no further proceedings in this State Court unless and until the case is remanded therefrom.

Dated: White Plains, New York
       July ___, 2010

NEW YORK
COUNTY CLERK'S OFFICE

JUL 29 2010

NOT COMPARED
WITH COPY FILE

Respectfully submitted,

HRH CONSTRUCTION LLC

By: _____
Janine A. Getler Esq.
General Counsel
11 Martine Avenue
10th Floor
White Plains, NY 10606
(914) 993-5550

257982 v1

TO:    Clerk of the Court
NY Supreme Court, New York County
60 Centre Street
New York, NY 10007

FRENKEL LAMBERT WEISS WEISMAN & GORDON LLP
Attorneys for Third-Party Plaintiff Vigilant Insurance
  Company
61 Broadway, Suite 2020
New York, NY 10006
(212) 344-3100
Attn: Monroe Weiss, Esq.

DUALSTAR TECHNOLOGIES CORPORATION
11-30 47th Avenue
Long Island City, New York 11101

CENTRIFUGAL/MECHANICAL ASSOCIATES, INC.
13-15 Jackson Avenue
Long Island City, New York 11101
- and -
C/o DualStar Technologies Corporation
11-3047th Avenue
Long Island City, New York 11101

BRAD SINGER, personally and individually
BY HAND DELIVERY
18 Eisenhower Drive
Creeskill, New Jersey 07626

GARY SINGER, personally and individually
BY HAND DELIVERY
18 Eisenhower Drive
Creeskill, New Jersey 07626

Ellen August, Esq.
GOETZ FITZPATRICK LLP
Attorneys for Plaintiff MG Hotel LLC
One Penn Plaza, Suite 4401
New York, New York 10119
(212) 695-8100

Gregory H. Chertoff, Esq.
PECKAR & ABRAMSON, P.C.
Attorneys for Defendant Bovis Lend Lease LMB, Inc.
41 Madison Avenue, 20th Floor
New York, New York 10010
(212) 382-0909

257982 v1

Justin A. Greenblum, Esq.
KIRPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
Attorneys for Defendants American Standard
Inc. d/b/a The Trane Company, American
Standard Companies Inc., and The Trane
Company, an Operating Division of American
Standard Inc.
One Newark Center, 10th Floor
Newark, New Jersey 07102-5285
(973) 848-4149

William R. Fried, Esq.
HERRICK, FEINSTEIN LLP
Attorneys for Third-Party Defendants HRH Construction LLC, Brad
Singer (personally and individually), and Gary Singer (personally and
individually)
2 Park Avenue
New York, New York 10016